# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENEICE MCKISSICK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　vs.<br><br>TIME WARNER NY CABLE LLC, a Delaware Corporation,<br><br>　　　　Defendant. | Case No.  CV 13-2214-NC<br><br>**[PROPOSED] ORDER APPROVING STIPULATION**<br><br><br>Honorable Nathanael M. Cousins |

[PROPOSED] ORDER APPROVING STIPULATION TO TRANSFER VENUE

[PROPOSED] ORDER

Based upon the Stipulation To Transfer Venue Pursuant to 28 U.S.C. §§ 1404 and 1406, filed jointly by the parties to the above-captioned matter, and for good cause appearing therefore,

IT IS ORDERED that:

The Stipulation to Transfer Venue Pursuant to 28 U.S.C. §§ 1404 and 1406 is hereby APPROVED, and

IT IS HEREBY FURTHER ORDERED that:

This case is immediately transferred to the United States District Court for the Central District of California.  The Clerk of the Court shall transfer any and all files to the U.S. District Court for the Central District of California necessary to effectuate this transfer of venue.  The deadlines set forth in this Court's Order Setting Initial Case Management Conference and ADR deadlines are hereby VACATED.  The Clerk of this Court shall close this file upon completion of the transfer.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

This  24  day of  July , 2013.



[PROPOSED] ORDER APPROVING STIPULATION TO TRANSFER VENUE